Young Cho
Attorney at Law: 189870
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
SYTHELL J. THOMPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYTHELL J. THOMPSON,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security.<br><br>    Defendant. | Case No.: CV 10-0711 GSA<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 30, 2010, in which to file his Opening Brief; and that all other deadlines set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 10, 2010**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE