BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@ssa.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SYTHELL J. THOMPSON, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. 1:10-cv-0711 GSA <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Respondent shall have an extension of time of 30 days in which to respond to Appellant's Opening Brief due to the assigned counsel's being recently designated as counsel in this matter. There is good cause for this extension because Assigned Special Assistant United States Attorney has a heavy case load due to the departures of numerous senior attorneys from Defendant's Office of Regional Chief Counsel. This has required a significant amount of the office's resources to train newly hired attorneys as well as substantial increases in workload office-wide, including the reassignment of over 250 district court cases and approximately 20 appellate cases.

//

This is Defendant's first request for an extension.  With a thirty day extension, the new due date will be March 2, 2011.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: February 1, 2011

Respectfully submitted,
*/s/ Young Cho*
(via e-mail authorization on 02/01/2011)
YOUNG CHO
LAW OFFICES OF LAWRENCE D. ROLHFING
Attorney for Appellant

Dated: February 1, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 */s/ Roya Massoumi*
ROYA MASSOUMI
Special Assistant United States Attorney

Attorneys for Respondent

**ORDER**

IT IS SO ORDERED.

Dated:   **February 1, 2011**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE