Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sythell J. Thompson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYTHELL J. THOMPSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 10-0711 GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sythell J. Thompson be awarded attorney fees and expenses in the amount of four thousand four hundred fifty dollars ($4,450.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of sixty dollars ($60.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services

1 rendered on behalf of Plaintiff by counsel in connection with this civil action, in
2 accordance with 28 U.S.C. §§ 1920; 2412(d).
3    After the Court issues an order for EAJA fees to Sythell J. Thompson, the
4 government will consider the matter of Sythell J. Thompson's assignment of EAJA
5 fees to Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253
6 (2010), the ability to honor the assignment will depend on whether the fees are
7 subject to any offset allowed under the United States Department of the Treasury's
8 Offset Program.  After the order for EAJA fees is entered, the government will
9 determine whether they are subject to any offset.
10    Fees shall be made payable to Sythell J. Thompson, but if the Department
11 of the Treasury determines that Sythell J. Thompson does not owe a federal debt,
12 then the government shall cause the payment of fees, expenses and costs to be
13 made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
14 executed by Sythell J. Thompson.  Any payments made shall be delivered to
15 Young Cho.
16    This stipulation constitutes a compromise settlement of Sythell J.
17 Thompson's request for EAJA attorney fees, and does not constitute an admission
18 of liability on the part of Defendant under the EAJA.  Payment of the agreed
19 amount shall constitute a complete release from, and bar to, any and all claims that
20 Sythell J. Thompson and/or Young Cho including Law Offices of Lawrence D.
21 Rohlfing may have relating to EAJA attorney fees in connection with this action.
22    Young Cho reserves the right to contend that any non-payment caused by
23 the collection of a federal debt owed by Sythell J. Thompson violates 31 C.F.R. §
24 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
25 this stipulation shall be construed as an admission by Young Cho that the
26 ///

Government has the right or authority to offset the fees due and payable pursuant to this stipulation.

This award is without prejudice to the rights of Young Cho and/or Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 8, 2011    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY:_____
Young Cho
Attorney for plaintiff Sythell J. Thompson

DATE:  September 8, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ *Roya Massoumi*

_____
Roya Massoumi
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

Dated:   **September 9, 2011**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE