Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sythell J. Thompson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| SYTHELL J. THOMPSON, | ) Case No.: CV 10-0711 GSA |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY FEES PURSUANT TO |
| vs. | ) 42 U.S.C. § 1383 (d)(2)(A), AS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AMENDED BY PUBLIC LAW 108-203, TITLE III, 302(a), (c) |
| Defendant | ) |

The Court has considered the Motion for Attorney Fees filed September 10, 2012 (Doc. 24), as well as the lack of any opposition to the motion. Therefore, Plaintiff's counsel's motion for attorney fees pursuant to 42 U.S.C. § 1383 (d)(2)(A), as amended by public law 108-203, TITLE III, 302(a), (c) in the amount of $9,980.00 is GRANTED.

The Commissioner shall pay Plaintiff's counsel, Young Cho, that amount out of the sums from Plaintiff's retroactive benefits, and Plaintiff's counsel shall

1 | then reimburse Plaintiff the lesser EAJA fee of $4,450.00, previously paid by the
2 | government.

IT IS SO ORDERED.

   Dated:   **October 16, 2012**                    **/s/ Gary S. Austin**
                                                                                      UNITED STATES MAGISTRATE JUDGE